

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00392-CV

Douglas **CROUSE** and April Marble,
Appellants

v.

**KENTON PLACE APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01554
Honorable J. Frank Davis, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We ORDER that no costs be assessed against appellant in relation to this appeal.

It is so **ORDERED** on November 30, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_____
Michael A. Cruz, Clerk of Court